**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

Attorneys for Plaintiff,
**GABINA ALVARADO**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phillip Carrington Mullen, Esq. (SBN 311513)
Cary.Mullen@lewisbrisbois.com
Cindy L. Mijangos, Esq. (SBN 330797)
Cindy.Mijangos@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone:  (714) 545-9200
Fax:             (714) 850-1030

Attorney for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABINA ALVARADO, an individual, <br><br> Plaintiff, <br> vs. <br><br> NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: 8:22-cv-02153-JWH-JDE <br><br> Judge: John W. Holcomb <br> Magistrate Judge: John D. Early <br><br> **JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff, GABINA ALVARADO, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

    Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

    Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: March 6, 2024,        QUILL & ARROW LLP

By _Kevin Y. Jacobson_____
Kevin Y. Jacobson, Esq.
Allen Amarkarian, Esq.
Attorneys for Plaintiff,
GABINA ALVARADO

Dated: March 6, 2024,        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Cindy L. Mijangos_____
Cindy L. Mijangos, Esq.
Attorney for Defendant
NISSAN NORTH AMERICA, INC.